

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2019

No. 04-19-00453-CV

**JON UIW-DE DOE**,
Appellant

v.

**UNIVERSITY OF THE INCARNATE WORD**; University of the Incarnate Word School of
Osteopathic Medicine, and Sophia E. Pina,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI24056
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant's brief was originally due on October 23, 2019. We granted appellant an extension of time to file his brief to November 12, 2019. However, as of this date, neither appellant's brief nor a second motion for extension of time has been filed.

We, therefore, **ORDER** appellant to file, on or before **December 13, 2019**, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellees are not significantly injured by his failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2019.



Michael A. Cruz,
Clerk of Court